# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EDWARD T. EGAN,

            Petitioner

        v.

RACHEL MCGRAW EGAN,

            Respondent

: No. 812 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

EDWARD T. EGAN,

            Petitioner

        v.

RACHAEL MCGRAW EGAN,

            Respondent

: No. 813 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.